IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **VIRGIL BROWN LEE,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 05-0443-WS-C |
| **DONALD CAMPBELL,** *et al.*, | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** with prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**DONE** this 25th day of June, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE